# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1174

Lacy Guyton

Appellee

v.

JIABAO, Inc. and Yi Zhang

Appellants

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:21-cv-06165-RTD)

---

**MANDATE**

In accordance with the judgment of September 25, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 16, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit