# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1174

_____

Lacy Guyton

Plaintiff - Appellee

v.

JIABAO, Inc.; Yi Zhang

Defendants - Appellants

_____

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:21-cv-06165-RTD)

_____

**JUDGMENT**

Before LOKEN, SHEPHERD, and GRASZ, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is affirmed. See Eighth Circuit Rule 47B.

September 25, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans