IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LACY GUYTON**                                                                                    **PLAINTIFF**

vs.                                          No. 6:21-cv-6165-RTD

**JIABO, INC., and YI ZHANG**                                                       **DEFENDANTS**

### PLAINTIFF'S MOTION TO AMEND JUDGMENT UNDER RULE 59(e) TO INCLUDE APPELLATE COSTS AND ATTORNEYS' FEES

Plaintiff Lacy Guyton, by and through her attorneys, Sanford Law Firm, PLLC, for her Motion to Amend Judgment under Rule 59(e) to Include Appellate Costs and Attorneys' Fees, states as follows:

1. Plaintiff filed this case on December 21, 2021, pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201, *et seq*, to recover unpaid wages. Defendants filed their Answer (ECF No. 11) on February 22, 2022.

2. Following a protracted discovery process in which Defendants failed to respond to any discovery requests propounded by Plaintiff, Plaintiff filed her Motion to Compel Discovery and for Extension of Time (ECF No. 17), to which Defendants did not respond and which this Court granted by Text Only Order (ECF No. 18) entered July 18, 2022.

3. Following Defendants' failure to comply with this Court's Order compelling discovery, Plaintiff filed her Motion for Sanctions (ECF No. 20) on August 16, 2022,

Page 1 of 4
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-RTD
Plaintiff's Motion to Amend Judgment to Include
Appellate Costs and Attorneys' Fees

requesting default judgment against Defendants, which this Court granted in its Order on Motion for Sanctions (ECF No. 22), entered September 7, 2022.

4. Pursuant to the Court's Order, Plaintiff filed her Motion for Costs and Attorneys' Fees and Request for Oral Argument (ECF No. 30), which the Court granted as amended on December 16, 2022 (ECF No. 32).

5. This Court entered final Judgment on December 30, 2022 (ECF No. 33), awarding $42,964.00 to Plaintiff in damages and $9,842.00 in attorneys' fees and costs.

6. Following the entry of final judgment, Defendants appealed this Court's Order granting Plaintiff's Motion for Sanctions and dismissing the lawsuit.

7. After review of briefing from both parties, the Eighth Circuit summarily affirmed this Court's Order and dismissal of the case. *See* Judgment, attached as Ex. 4.

8. Plaintiff is entitled to her costs and fees for successfully defending an appeal under the FLSA.  *See Sanders v. Elephant Butte Irrigation Dist. Of N.M.*, 112 F.3d 468, 472 (10th Cir. 1997) (deeming FLSA plaintiff entitled to attorneys' fees following successful appeal); *Whittingham v. Nordam Grp., Inc.*, 429 F.3d 986 (10th Cir. 2005) (same in ADEA case); *Newhouse v. Robert's Ilima Tours*, 708 F.2d 436, 441 (9th Cir. 1983) (holding that attorney's fees under the FLSA "may include fees for appellate and post-remand services"); *Heder v. City of Two Rivers*, 93 Fed. Appx. 81, 82 (7th Cir. 2004) ("Plaintiff is entitled to an award of fees for defending the district court's award.").

9. Plaintiff respectfully requests that this Court amend its Judgment to include the fees and costs expended in successfully defending Plaintiff's victory on appeal.

Page 2 of 4
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-RTD
Plaintiff's Motion to Amend Judgment to Include
Appellate Costs and Attorneys' Fees

10. As shown on the Billing Spreadsheet attached hereto as Exhibit 1, Plaintiff requests $4,831.60 in attorneys' fees related to the successful litigation of Defendants' appeal.

11. As shown in detail on Plaintiff's Costs Invoice (Exhibit 3), Plaintiff also incurred $80.00 in costs other than attorneys' fees during the appeal. Plaintiff is entitled to these costs under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).

12. Accordingly, Plaintiff requests a total award of costs and attorneys' fees associated with the appeal in the amount of $4,911.60.

13. In support of this Motion, Plaintiff attaches hereto and incorporates herein the following exhibits:

    Ex. 1    Billing Spreadsheet;
    Ex. 2    Declaration of Attorney Josh Sanford; and
    Ex. 3    Costs Invoice
    Ex. 4    Eighth Circuit Judgment

14. This Motion is supported by a contemporaneous Memorandum Brief.

WHEREFORE, Plaintiff respectfully requests that this Motion to Amend Judgment to include Appellate Costs and Attorneys' Fees be granted in its entirety, that the Court amend its judgment to include an award to Plaintiff for fees and costs associated with the appeal in the amount of $4,911.60, and for all other just and equitable relief to which Plaintiff may be entitled.

Page 3 of 4
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-RTD
Plaintiff's Motion to Amend Judgment to Include
Appellate Costs and Attorneys' Fees

Respectfully submitted,

**LACY GUYTON, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar. No. 2001037
josh@sanfordlawfirm.com

Page 4 of 4
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-RTD
Plaintiff's Motion to Amend Judgment to Include
Appellate Costs and Attorneys' Fees