Exhibit 1 - Billing Spreadsheet

| Date Billed On | Billed By | Description | Rate | Time | Value | Category |
|---|---|---|---|---|---|---|
| 1/23/2023 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication |
| 1/24/2023 | Paralegal | PRIVILEGED INFORMATION | $150.00 | 0.1 | $15.00 | Client Communication |
| 1/30/2023 | Laura Edmondson | Receipt and review of notice of appeal by Defendants | $175.00 | 0.1 | $17.50 | Case Management |
| 1/31/2023 | Paralegal | Preparation and drafting of attorney appearance form- JS | $150.00 | 0.3 | $45.00 | Case Management |
| 2/6/2023 | Laura Edmondson | PRIVILEGED INFORMATION | $175.00 | 0.1 | $17.50 | Client Communication |
| 2/15/2023 | Josh Sanford | PRIVILEGED INFORMATION | $383.00 | 0.1 | $38.30 | Client Communication |
| 4/12/2023 | Colby Qualls | Receipt and review of Order granting Motion for Extension of Time to File Brief | $175.00 | 0.1 | $17.50 | Case Management |
| 4/12/2023 | Josh Sanford | PRIVILEGED INFORMATION | $383.00 | 0.1 | $38.30 | Client Communication |
| 4/20/2023 | Josh Sanford | PRIVILEGED INFORMATION | $383.00 | 0.1 | $38.30 | Client Communication |
| 4/20/2023 | Josh Sanford | Examination of Appellate Brief | $383.00 | 0.5 | $191.50 | Appeal |
| 5/11/2023 | Michael Stiritz | Research, preparation and drafting of appellate brief | $175.00 | 1.6 | $280.00 | Appeal |
| 5/15/2023 | Law Clerk | Draft Motion for extension of appellate brief | $75.00 | 5.3 | $397.50 | Appeal |
| 5/20/2023 | Michael Stiritz | Research, preparation and drafting of appellate brief | $175.00 | 0.3 | $52.50 | Appeal |
| 5/22/2023 | Samuel Brown | Compose, prepare and send correspondence to OC re: request for Appellant's Appendix | $175.00 | 0.2 | $35.00 | Opposing Counsel Communication |
| 5/22/2023 | Michael Stiritz | Research, preparation and drafting of appellate brief | $175.00 | 3.7 | $647.50 | Appeal |
| 5/22/2023 | Michael Stiritz | Phone calls with JR, SB, and JS re appendix; Pacer search for appendix | $175.00 | 0.5 | $87.50 | Appeal |
| 5/23/2023 | Michael Stiritz | Research, preparation and drafting of appellate brief | $175.00 | 2.5 | $437.50 | Appeal |
| 5/24/2023 | Paralegal | Preparation and drafting of Appendix re: combining files/ numbering | $150.00 | 0.3 | $45.00 | Appeal |
| 5/24/2023 | Josh Sanford | Editing and revision of Appeal Brief | $383.00 | 0.6 | $229.80 | Appeal |
| 5/24/2023 | Michael Stiritz | Prepare appendix; email Paralegal re combining docs and stamping with page numbers | $175.00 | 0.7 | $122.50 | Appeal |
| 5/24/2023 | Michael Stiritz | Add citations to appendix in brief | $175.00 | 0.6 | $105.00 | Appeal |
| 5/25/2023 | Michael Stiritz | Finalize appendix and brief | $175.00 | 0.3 | $52.50 | Appeal |
| 5/25/2023 | Michael Stiritz | Receipt and review of Appellants' appendix, rework brief citations, rework separate appendix | $175.00 | 0.9 | $157.50 | Appeal |
| 5/30/2023 | Colby Qualls | Receive, read and prepare response to email(s) from OC | $175.00 | 0.1 | $17.50 | Opposing Counsel Communication |
| 5/30/2023 | Colby Qualls | Conference with Paralegal re service of appellee briefs | $175.00 | 0.1 | $17.50 | In House Conference |
| 5/31/2023 | Paralegal | Compose electronic communication - eml to OC re service of Appellee's Brief and Appendix | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication |
| 6/9/2023 | Josh Sanford | PRIVILEGED INFORMATION | $383.00 | 0.1 | $38.30 | Client Communication |
| 8/14/2023 | Josh Sanford | PRIVILEGED INFORMATION | $383.00 | 0.1 | $38.30 | Client Communication |
| 8/14/2023 | Josh Sanford | PRIVILEGED INFORMATION | $383.00 | 0.1 | $38.30 | Client Communication |
| 9/26/2023 | Rebecca Matlock | Preparation and drafting of Mot for Appeal Fees | $250.00 | 0.6 | $150.00 | Motion for Appeal Fees |
| 9/27/2023 | Rebecca Matlock | Preparation and drafting of Mot for Appeal Fees and Costs | $250.00 | 1 | $250.00 | Motion for Appeal Fees |
| 9/27/2023 | Rebecca Matlock | Preparation and drafting of Billing Invoice: categorize, redact privileged info, remove duplicative/vague billing | $250.00 | 0.7 | $175.00 | Motion for Appeal Fees |
| 9/28/2013 | Rebecca Matlock | Preparation and drafting of Mot for Appeal Fees (BIS and JS Dec) | $250.00 | 1 | $250.00 | Motion for Appeal Fees |
| 9/29/2023 | Rebecca Matlock | Preparation and drafting of Mot for Appeal Fees (finalize and review) | $250.00 | 1 | $250.00 | Motion for Appeal Fees |
| 10/1/2023 | Josh Sanford | Editing and revision of Motion for Appeal Fees | $383.00 | 1 | $383.00 | Motion for Appeal Fees |
| 10/2/2023 | Rebecca Matlock | Editing and revision of Motion for Appeal Fees | $250.00 | 0.5 | $125.00 | Motion for Appeal Fees |
| Total: | | | | | $4,831.60 | |