Exhibit 3 - Costs Invoice

| Date | Amount | Description |
|---|---|---|
| 5/26/2023 | $80.00 | Paper Copies |