IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LACY GUYTON                                                                                                PLAINTIFF

v.                                        Case No. 6:21-cv-6165

JIABAO, INC. and YI ZHANG                                                                     DEFENDANTS

## ORDER

Before the Court are Motions to Withdraw as Counsel by Luara Edmondson (ECF No. 38) and Colby Qualls (ECF No. 40). Both Ms. Edmondson and Mr. Qualls state that they are leaving their current firm and wish to be withdrawn as counsel of record for Plaintiff. Both state that Plaintiff will continue to be represented by her remaining counsel of record, Josh Sanford.

Upon review, the Court finds that good cause for the instant motions has been shown. Accordingly, the Motions to Withdraw (ECF Nos. 38 & 40) are hereby **GRANTED**. Luara Edmondson and Colby Qualls are hereby relieved as counsel of record for Plaintiff. The Clerk of Court is hereby directed to remove Ms. Edmondson and Mr. Qualls from the CM/ECF notifications system for this case. Plaintiff will continue to be represented by her remaining counsel of record, Josh Sanford.

**IT IS SO ORDERED**, this 5th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge