IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LACY GUYTON, individually and on					PLAINTIFF
Behalf of all Others Similarly Situated

VS.                                No. 6:21-CV-6165-RTD

JIABO, INC. & YI ZHANG						DEFENDANTS

ARVEST BANK								GARNISHEE

**ANSWER OF GARNISHEE**

COMES NOW ARVEST BANK, garnishee herein, and for its answer to the writ of garnishment and allegations and interrogatories served upon it, states:

1. ARVEST BANK did at the time of service of the writ of garnishment upon it and does at this time hold an account with a balance of $52,811.79 in the names of JIABO, INC. & YI ZHANG.

2. Other than the funds held in the aforementioned account, ARVEST BANK holds no property or money in which the defendants has any interest, and ARVEST BANK is not otherwise indebted to the defendant.

3. ARVEST BANK, did not at the time of service of the writ of garnishment upon it, or at any time since, have the defendants in its employ.

WHEREFORE, having fully answered, the garnishee, ARVEST BANK, prays that the Court enter an order instructing it as to the disposition of the funds it is currently holding in the amount of $52,811.79 and further prays that upon disposition of said funds in accordance with the order of this Court, the garnishee be discharged, and for all other proper relief.

ARVEST BANK, Garnishee

By:_____
Burton E. Stacy Jr, ABA#94196
Curtis D. Clements, ABA#92135
Hood & Stacy, P.A.
PO Box 271
Bentonville, Arkansas  72712
(479) 273-3377

1

STATE OF ARKANSAS    )
                     ) SS
COUNTY OF BENTON     )

On 4-15-24 comes before me, a Notary Public for the County and State aforementioned, ARVEST BANK, Garnishee herein, by its attorney and subscribed to this document, swearing under oath that the information set forth in the foregoing answer of Garnishee is true and correct to the best of its knowledge, information, and belief.

My Commission Expires: 8/31/33

Notary Public

TALIA WEST
Notary Public - Arkansas
Benton County
Commission # 12724379
My Commission Expires Aug 31, 2033

**CERTIFICATE OF MAILING**

The undersigned attorney for the garnishee hereby certifies that I have this date mailed a true and correct copy of the foregoing pleading by placing the same in the U. S. Mail, postage prepaid, to:

Jiabo, Inc. & Yi Zhang
4737 Central Ave Ste 104
Hot Springs AR 71913-7462

Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock AR 72211

DATED this 15 day of April, 2024.

Burton E. Stacy Jr
Curtis D. Clements

2