IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LACY GUYTON**                                                                    **PLAINTIFF**

vs.                         No. 6:21-cv-6165-SOH

**JIABAO, INC., and YI ZHANG**                            **DEFENDANTS**

## **MOTION FOR ENTRY OF ORDER TO DISBURSE FUNDS**

Plaintiff Lacy Guyton, by and through her undersigned attorneys, for her Motion for Entry of Order to Disburse Funds does hereby state and allege as follows:

1. On September 7, 2022, the Court entered an Order granting Plaintiff's Motion for Sanctions, authorizing that default judgment be entered against Defendant in an amount to be determined later. ECF No. 22.

2. On December 16, 2022, the Court entered an Order and judgment in damages and attorneys' fees against Defendants totaling $52,806.00, as well as 0.10% in continuing post-judgment interest per annum. ECF No. 32.

3. As of April 15, 2024, the balance of the September 7, 2022 Order awarding damages and attorneys' fees remains outstanding in the amount of $52,811.79, which includes post-judgment interest. The Clerk of Court has issued a Writ of Garnishment which was served upon Arvest Bank. *See* ECF No. 45.

4. On April 15, 2024, Arvest Bank answered the Writ and admitted that Defendants have funds in an account with Arvest Bank in the amount of $52,811.79. ECF No. 46.

5. Defendants have not answered or objected to date.

Page 1 of 2
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-SOH
Motion for Entry of Order to Disburse Funds

6. Plaintiff respectfully requests this Court to enter an Order directing Arvest Bank to disburse funds to Plaintiff's counsel Sanford Law Firm, PLLC, in the sum of $52,811.79 and that the same amount be credited against the judgment debt.

7. Nothing in this Motion is intended as a waiver as to garnishment of any additional amount sought by Plaintiff, including the appellate fees and costs requested in Plaintiff's Motion to Amend Judgment. *See* ECF No. 42.

WHEREFORE, Plaintiff respectfully prays that her Motion for Entry of Order to Disburse Funds be granted in its entirety and for all other relief to which the Court may find her entitled.

Respectfully submitted,

**PLAINTIFF LACY GUYTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-SOH
Motion for Entry of Order to Disburse Funds