IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LACY GUYTON**                                                                                                       **PLAINTIFF**

vs.                                                      No. 6:21-cv-6165-SOH

**JIABAO, INC., and YI ZHANG**                                                           **DEFENDANTS**

### PLAINTIFF'S RENEWED MOTION TO DISBURSE FUNDS

Plaintiff Lacy Guyton, by and through her undersigned attorney, for her Renewed Motion to Disburse Funds does hereby state and allege as follows:

1. On September 7, 2022, the Court entered an Order granting Plaintiff's Motion for Sanctions, authorizing that default judgment be entered against Defendant in an amount to be determined later. ECF No. 22.

2. On December 16, 2022, the Court entered an Order and judgment in damages and attorneys' fees against Defendants totaling $52,806.00, as well as 0.10% in continuing post-judgment interest per annum. ECF No. 32.

3. The Clerk of Court issued a Writ of Garnishment which was served upon Arvest Bank. *See* ECF No. 45.

4. On April 15, 2024, Arvest Bank answered the Writ and admitted that Defendants have funds in an account with Arvest Bank in the amount of $52,811.79. ECF No. 46.

5. Plaintiff filed a Motion to Disburse Funds on April 15 wherein she sought the Court's entry of an Order directing that the funds be released to Plaintiff for purposes of satisfying the outstanding judgment. ECF No. 47.

Page 1 of 3
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-SOH
Plaintiff's Renewed Motion to Disburse Funds

6. On May 8, the Court entered an Order denying the Motion and directing that Plaintiff provide more information regarding her adherence to the garnishment procedures set forth in Ark. Code. Ann § 16-110-402 in any renewed request. ECF No. 48.

7. In support of this Motion, Plaintiff attaches a Declaration of Attorney Samuel Brown as Exhibit 1 hereto. Samuel Brown oversaw the garnishment process in this case for the Sanford Law Firm.

8. As addressed in the Declaration, Plaintiff's counsel mailed a copy of the writ of garnishment and embedded "Notice to Defendant" to the judgment debtor along with a completed Certificate of Service within 5 days of service upon Garnishee Arvest Bank.

9. Plaintiff respectfully renews her request for this Court to enter an Order directing Arvest Bank to disburse funds to Plaintiff's counsel Sanford Law Firm, PLLC, in the sum of $52,811.79 and that the same amount be credited against the judgment debt.

10. Nothing in this Motion is intended as a waiver as to garnishment of any additional amount sought by Plaintiff, including the appellate fees and costs requested in Plaintiff's Motion to Amend Judgment. *See* ECF No. 42.

WHEREFORE, Plaintiff respectfully prays that her Motion for Entry of Order to Disburse Funds be granted in its entirety and for all other relief to which the Court may find her entitled.

Page 2 of 3
Lacy Guyton v. Jiabao, Inc. et al.
U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-SOH
Plaintiff's Renewed Motion to Disburse Funds

Respectfully submitted,

**PLAINTIFF LACY GUYTON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 3 of 3**
**Lacy Guyton v. Jiabao, Inc. et al.**
**U.S.D.C. (W.D. Ark.) No. 6:21-cv-6165-SOH**
**Plaintiff's Renewed Motion to Disburse Funds**