IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LACY GUYTON**                                             **PLAINTIFF**

vs.                           No. 6:21-cv-6165-SOH

**JIABAO, INC., and YI ZHANG**                          **DEFENDANTS**

### DECLARATION OF ATTORNEY SAMUEL BROWN

I, Samuel Brown, do hereby swear, affirm, and attest as follows, based upon my personal knowledge of the matters contained herein:

1.      The purpose of this Declaration is to provide the Court with evidence that Plaintiff has complied with the requirements of Arkansas Code § 16-110-402, as requested by the Court in its Order dated May 8. *See* ECF No. 48.

2.      My name is Samuel Brown, and I am over the age of eighteen (18) and duly qualified to execute this declaration.

3.      I am a resident and domiciliary of the State of Arkansas.

4.      I am an attorney licensed in federal courts in the states of Arkansas, Texas, and Oklahoma; I am a Member Attorney at the Sanford Law Firm, PLLC.

5.      I oversaw the request for and delivery of garnishment materials in this case.

6.      On April 12 of this year, a process server served Arvest Bank with copies of the Writ of Garnishment and the Allegations and Interrogatories issued by the clerk and filed earlier in this case. *See* ECF No. 45.

7.      Also on April 12 of this year, our office placed copies of the Writ of Garnishment as well as the Allegations and Interrogatories (*see* ECF No. 45) in the mail,

USPS first-class, to Defendants and Defendants' counsel at the respective addresses listed on the Certificate of Service therein.

8.     As authorized by Ark. Code Ann. § 16-110-402(a)(2), the Notice to Defendant was incorporated as part of the Writ of Garnishment. *See* ECF No. 45 at p. 2.

9.     Defendants' copy of the garnishment documents was sent to the following address: 4737 Central Avenue, Suite 104, Hot Springs National Park, Arkansas, 71913. As of today's date, this is the address listed for Yi Zhang as registered agent for Jiabao, Inc., on the Arkansas Secretary of State's website.

10.    Before the garnishment documents were placed in the mail to Defendants and Defendants' attorney, the Certificate of Service, *see* ECF No. 45 at p. 4, was filled in to include April 12, 2024 as the date.

11.    The garnishment materials mailed to Defendants and Defendants' counsel were never returned to the Sanford Law Firm as undeliverable.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on this 10th day of May, 2024.

/s/ Samuel Brown
**SAMUEL BROWN**